**STATE v. NOBLES**

[333 N.C. 787 (1993)]

STATE OF NORTH CAROLINA v. JIMMY RAY NOBLES

No. 401A92

(Filed 4 June 1993)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 107 N.C. App. 627, 422 S.E.2d 78 (1992), reversing the order entered by Griffin, J., at the 11 February 1991 Criminal Session of Superior Court, Pitt County, granting defendant's motion to dismiss the charges. Heard in the Supreme Court 13 May 1993.

*Michael F. Easley, Attorney General, by J. Allen Jernigan, Special Deputy Attorney General, for the State.*

*Pritchett, Cooke & Burch, by Lloyd C. Smith, Jr., David J. Irvine, Jr. and Lars P. Simonsen, for defendant-appellant.*

PER CURIAM.

AFFIRMED.